WILMER CUTLER PICKERING HALE AND DORR LLP
MARK D. FLANAGAN  (Bar No. 130303)
Mark.Flanagan@wilmerhale.com
RUSSELL S. TONKOVICH  (Bar No. 233280 )
Russell.Tonkovich@wilmerhale.com
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Defendant*
INCYTE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **GENOMIC HEALTH, INC.,**<br>a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>**vs.**<br><br>**INCYTE CORPORATION,**<br>a Delaware Corporation, and DOES 1-10<br><br>　　　　　Defendants. | CASE NO. CV-10-03643 ~~HRL~~ JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT INCYTE'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A-D TO DEFENDANT INCYTE CORPORATION'S COUNTERCLAIMS UNDER SEAL (L.R. 79-5)<br><br>~~Magistrate Judge Howard R. Lloyd~~ |

　　　　Because good cause exists to support the sealing of documents containing sensitive and confidential business information and/or trade secret information, defendant Incyte Corporation's request to file Exhibits A-D to Defendant Incyte Corporation's Counterclaims under seal is granted.

1
2
3        IT IS SO ORDERED
4
   DATED: November 5, 2010
5        _____
         Hon. Howard R. Lloyd
6        United States District Magistrate Judge
         (signed: Jeffrey S. White)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                          [PROPOSED] ORDER GRANTING INCYTE'S
                    ADMINISTRATIVE MOTION TO FILE EXHIBITS A-D
                       TO INCYTE'S COUNTERCLAIMS UNDER SEAL
                                         Case No.: C-10-03643