**United States District Court**
For the Northern District of California

1

2              IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   Genomic Health, Inc,                        No. CV10-03643 JSW

6              Plaintiff,
                                        **ORDER SCHEDULING TRIAL AND**
7     v.                                     **PRETRIAL MATTERS**

8   Incyte Corporation,

9              Defendant.
                                              /
10

11

12       Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13  Management Statement is adopted, except as expressly modified by this Order.  It is further

14  ORDERED that:

15       **A.    DATES**

16  **Jury Trial Date:  12/12/2011, at 8:00 a.m., 7 days**

17  **Pretrial Conference:  Monday, 11/21/2011, at 2:00 p.m.**

18  **Last Day to Hear Dispositive Motions:  Friday, 9/30/2011, 9:00 a.m.**

19  **Last Day for Expert Discovery:  8/29/2011**

20  **Close of Non-expert Discovery: 8/1/2011**

21

22       **B.    DISCOVERY**

23       The parties are reminded that a failure voluntarily to disclose information pursuant to

24  Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

25  pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

26  non-expert discovery, lead counsel for each party shall serve and file a certification that all

27  supplementation has been completed.

28

**United States District Court**
For the Northern District of California

1    **C.    ALTERNATIVE DISPUTE RESOLUTION**

2        By agreement of the parties, this matter is referred to private ADR, to be conducted by

3    March 17, 2011.  The parties shall promptly notify the Court whether the case is resolved.

4    **D.    PROCEDURE FOR AMENDING THIS ORDER**

5        No provision of this order may be changed except by written order of this court upon its

6    own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

7    without a showing of very good cause.  If the modification sought is an extension of a deadline

8    contained herein, the motion must be brought before expiration of that deadline.  The parties

9    may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

10   date of this order does not constitute good cause. The parties are advised that if they stipulate to

11   a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

12   that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

13   specifically set by the court may not be altered by stipulation; rather the parties must obtain

14   leave of Court.

15   **IT IS SO ORDERED.**

16

17   Dated:  January 10, 2011                    _____
                                                JEFFREY S. WHITE
18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2