United States District Court
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   GENOMIC HEALTH, INC.,
10                Plaintiff,                        No. C 10-03643 JSW
11        v.
12   INCYTE CORPORATION,                    **ORDER SETTING HEARING AND**
                                            **BRIEFING SCHEDULE**
13                Defendant.
                                                    /
14
15        This matter is set for a hearing on May 27, 2011 on Plaintiff's motion to amend and
16   reply to the counterclaims.  However, due to the Court's calendar, the Court CONTINUES the
17   hearing date to June 3, 2011.   The Court HEREBY ORDERS an opposition to the motion shall
18   be filed no later than April 15, 2011 and a reply brief shall be filed by no later than April 22,
19   2011.
20        If the Court determines that the matter is suitable for resolution without oral argument, it
21   will so advise the parties in advance of the hearing date.  If the parties wish to modify this
22   schedule, they may submit for the Court's consideration a stipulation and proposed order
23   demonstrating good cause for any modification requested.
24        **IT IS SO ORDERED.**
25
26   Dated:  April 1, 2011                     _____
                                               JEFFREY S. WHITE
27                                             UNITED STATES DISTRICT JUDGE
28