MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
SHANE SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for *Genomic Health, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP
MARK D. FLANAGAN (130303)
Mark.Flanagan@wilmerhale.com
RUSSELL S. TONKOVICH (233280)
Russell.Tonkovich@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for *Incyte Corporation*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENOMIC HEALTH, INC., <br><br>    Plaintiff and Counter-Defendant, <br><br>    v. <br><br> INCYTE CORPORATION, <br><br>    Defendant and Counter-Claimant. | No. 10-CV-03643 JSW <br><br> **STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND ON PLAINTIFF'S MOTION TO AMEND; AND [PROPOSED] ORDER THEREON** <br><br> Date:    June 3, 2011 <br> Time:    9:00 a.m. <br> Courtroom 11, 19th Floor <br><br> **Hon. Jeffrey S. White** |

WHEREAS, the hearing on Defendant's Motion to Dismiss and on Plaintiff's Motion to Amend its answer and reply to counterclaims is set for June 3, 2011;

WHEREAS, the parties' oppositions and replies to the above-referenced motions are due April 15 and April 22, respectively.

WHEREAS, the parties have negotiated a settlement through Judge Edward Infante, (Ret), at JAMS and are in the process of preparing a settlement agreement to memorialize fully its terms;

WHEREAS, counsel for parties have agreed to modify the briefing schedule for the parties' pending motions to allow the parties to complete their negotiated settlement.

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties hereto, through their respective counsel, as follows:

1. The oppositions to the parties' pending motions shall be filed no later than May 13, 2011;

2. The reply briefs to the parties' pending motions shall be filed no later than May 20, 2011;

SO STIPULATED this 12th day of April 2011.

MCDERMOTT WILL & EMERY LLP

By:    */s/ William G. Gaede, III*
        William G. Gaede, III

*Attorneys for Genomic Health, Inc.*

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:    */s/ Mark D. Flanagan*
        Mark D. Flanagan

*Attorneys for Incyte Corporation*

DM_US 28037077-1.068154.0037     -1-     STIPULATION TO MODIFY BRIEFING SCHEDULE
CASE NO. 10-CV-03643 JSW

-oOo-

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Mark D. Flanagan indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 13, 2011

HONORABLE JEFFREY S. WHITE
United States District Court Judge