MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
SHANE SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for *Genomic Health, Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP
MARK D. FLANAGAN (130303)
Mark.Flanagan@wilmerhale.com
RUSSELL S. TONKOVICH (233280)
Russell.Tonkovich@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for *Incyte Corporation*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENOMIC HEALTH, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>INCYTE CORPORATION,<br><br>    Defendant and Counter-Claimant. | No. 10-CV-03643 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Hon. Jeffrey S. White** |

DM_US 28112054-1.068154.0037

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 10-CV-03643 JSW**

WHEREAS, Plaintiff and Counter-Defendant, Genomic Health, Inc., and Defendant and Counter-Claimant, Incyte Corporation, have reached a confidential settlement of this case. As part of this confidential settlement, the parties have agreed to the entry of this Stipulated Dismissal with Prejudice, including the terms and conditions set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, as follows:

1. The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulation for Dismissal with Prejudice and the confidential settlement agreement reached between the parties, the terms of which are expressly incorporated herein by reference as though fully set forth.

2. This Stipulation for Dismissal shall be binding upon and shall inure to the benefit of Genomic Health, Inc. and Incyte Corporation and each of their respective licensees, subsidiaries, corporate parents, affiliates, and/or successors and assigns.

3. Each side shall bear its own costs and fees.

4. This action is hereby fully DISMISSED WITH PREJUDICE.

DATED:   May 2, 2011                    MCDERMOTT WILL & EMERY, LLP


                                        By:   /s/ William G. Gaede, III
                                              William G. Gaede, III

                                        *Attorneys for Genomic Health, Inc.*

DATED:   May 2, 2011                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP


                                        By:   /s/ Mark D. Flanagan
                                              Mark D. Flanagan

                                        *Attorneys for Incyte Corporation*

-oOo-

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Mark D. Flanagan indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

-oOo-

**DISMISSAL WITH PREJUDICE**

**IT IS SO ORDERED** that, pursuant to the parties' stipulation and the confidential settlement agreement, this case and the counterclaims thereto are hereby dismissed **with prejudice**.

DATED: May 3, 2011

HONORABLE JEFFREY S. WHITE
United States District Court Judge

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY